# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                      CASE NUMBER: 3:07CR166

MICHAEL ZAKRZEWSKI

      THIS MATTER is before the Court on an Order of Remand, filed 02/02/2012, from the Fourth Circuit Court of Appeals for re-sentencing.

      **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of MICHAEL ZAKRZEWSKI (USM# 22712-058), for re-sentencing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than June 25, 2012, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

      The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

      IT IS SO ORDERED.

                                            Signed: May 31, 2012

*[Signature: Frank D. Whitney]*
Frank D. Whitney
United States District Judge